IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE and JOHN DOE, *as next friend* JANE DOE II, *a minor*<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDING FOURTEEN, INC, ANNETTE HIGGINS, *In Her Individual Capacity*, & STAN J. BEINER, *In His Individual Capacity*,<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 1:23-CV-02666-SCJ |

### SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan (Doc. No. [49]) the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form. The Court reminds the Parties that they must comply with the Court's standing order and the Northern District of Georgia's local rules. Moreover, **within 30-days** of the

close of the **8-month** discovery period, the Parties must either file motion(s) for summary judgment or a consolidated pretrial order.

IT IS SO ORDERED this __24th__ day of January, 2024.

*Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE