IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE I and JOHN DOE, individually and as next friends of JANE DOE II, a Minor,<br><br>v.<br><br>FOUNDING FOURTEEN, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:23-CV-026666-SCJ |

## ORDER

This action is before the Court on Defendants' Motion to File an Amended Declaration of Defendant Stan J. Beiner (Doc. No. [137]), which is unopposed. See generally Docket. For good cause shown, the Motion is **GRANTED**. Defendants have leave, for **SEVEN DAYS AFTER ENTRY OF THIS ORDER**, to file the "Amended Beiner Declaration." Doc. No. [137], 3.

IT IS SO ORDERED this __21st__ day of August, 2025.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE